UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STATE OF OHIO, *ex rel.*,
MICHAEL DeWINE,
OHIO ATTORNEY GENERAL,

Plaintiff,

v.

JOHN G. BREEN, *et al.*,

Defendants.

Case No. 2:16-cv-802
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter is before the Court for consideration of Defendant John E. Breen's *Motion for Leave to Appear at the Final Pretrial Conference By Phone* (ECF No. 154). On December 14, 2017, the Court set the Final Pretrial Conference for March 1, 2019. For that reason, the Court **DENIES** John E. Breen's *Motion for Leave to Appear at the Final Pretrial Conference by Phone*. (ECF No. 154).

**IT IS SO ORDERED.**

2-27-2019
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE