UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**STATE of OHIO,** *ex rel.*,
**MICHAEL DeWINE,**
**OHIO ATTORNEY GENERAL,**

      **Plaintiff,**

  v.

**JOHN G. BREEN,** *et al.*,

      **Defendants.**

Case No. 2:16-cv-802
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

This matter is before the Court for consideration of the parties' Joint Motion to Stay. (ECF No. 166). The parties jointly move for a stay of proceedings until December 16, 2019, to allow them sufficient time to evaluate a potential settlement. The time sought for the stay is necessary because any settlement would involve rezoning property and then transferring that property. Although the parties are "not requesting the Court to stay any decision with respect to the claims tried before the Court in March," the Court will not issue a decision while the parties evaluate a potential settlement.

For good cause shown, the parties' Motion is **GRANTED** (ECF No. 166). The case is hereby **STAYED** until December 16, 2019.

**IT IS SO ORDERED.**

6-13-2019
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE