IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **STATE OF OHIO, ex rel.** | : | **CASE NO. 2:16-cv-00802** |
| **DAVE YOST** | : | |
| **OHIO ATTORNEY GENERAL** | : | **CHIEF JUDGE SARGUS** |
| | : | |
| **Plaintiff,** | : | **MAGISTRATE JUDGE JOLSON** |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN G. BREEN,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |

## STATE OF OHIO'S REPLY IN SUPPORT OF ITS MOTION TO LIFT STAY

Plaintiff, the State of Ohio (the "State"), submits this Reply in support of its Motion to Lift Stay which was filed on November 6, 2020. Since the filing of the Motion, responses have been filed by both Trabue Dublin and Loretta J. Mativi Dick on November 10, 2020. It is apparent that the parties are in agreement with lifting the stay and reopening the case. However, the parties are not on the same page in regards to whether or not a mediation prior to that reopening the case would be fruitful in this matter.

To provide the Court with some history, there have been two mediations in this case already. On September 12, 2017, a mediation occurred with Mediator Julia Meister. On May 8, 2018, a mediation occurred with Magistrate Judge Norah McCann King. Neither of these resulted in the parties reaching an agreement. Furthermore, the State, Trabue Dublin, and Ms. Dick have been working to resolve this case for approximately a year and a half. Therefore, the State does not believe that scheduling yet another mediation in this case will be in the interest of judicial economy or the best use of the parties' limited resources.

Therefore, the State respectfully requests that the Court decline to schedule a third

mediation, terminate the stay, reopen the case, and issue its ruling in this matter.

        Respectfully submitted,

        DAVE YOST
        Ohio Attorney General


        s/ Karrie P, Kunkel
        Karrie P. Kunkel (0089755) *Trial Attorney*
        Janean R. Weber (0083960) *Co-Counsel*
        Assistant Attorney General
        Environmental Enforcement Section
        30 East Broad Street, 25th Floor
        Columbus, Ohio 43215
        Phone: (614) 466-2766
        Fax: (614) 644-1926
        Karrie.Kunkel@OhioAttorneyGeneral.gov
        Janean.Weber@OhioAttorneyGeneral.gov
        *Counsel for Plaintiff State of Ohio*

## CERTIFICATE OF SERVICE

This certifies that on November 12, 2020, I served State of Ohio's Reply in Support of its Motion to Lift Stay by filing through the Court's CM/ECF system, which electronically notified:

John E. Breen
Breen Law
7761 Chetwood Close, Suite 100
New Albany, Ohio 43054
jbbreenlaw@aol.com
*Counsel for Defendants John G. Breen,
Janice Breen, and John E. Breen*

Michael J. O'Callaghan
Shumaker Loop & Kendrick., LLP
41 S. High Street, Suite 2400
Columbus, Ohio 43215-6104
mocallaghan@shumaker.com
daxelrod@shumaker.com
mmiller@shumaker.com
*Counsel for Trabue Dublin, LLC*

James M. Schottenstein
Schottenstein Legal Services Co., LPA
492 S. High Street, Suite 200
Columbus, Ohio 43215
jim@schottensteinlaw.com
*Counsel for Loretta J. Mativi Dick*

                                              s/ Karrie P. Kunkel
                                              Karrie P. Kunkel (0089755) *Trial Attorney*
                                              Janean R. Weber (0083960) *Co-Counsel*
                                              Assistant Attorneys General