# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF OHIO, ex rel. | : | CASE NO. 2:16-cv-00802 |
| DAVE YOST | : | |
| OHIO ATTORNEY GENERAL | : | CHIEF JUDGE SARGUS |
| | : | |
| Plaintiff, | : | MAGISTRATE JUDGE JOLSON |
| | : | |
| v. | : | |
| | : | |
| JOHN G. BREEN, *et al.* | : | |
| | : | |
| Defendants. | : | |

## JOINT NOTICE TO COURT REGARDING STATUS OF NEGOTIATIONS

The parties in this matter hereby submit this Joint Notice to Court Regarding Status of Negotiations. The State and Trabue Dublin have reached a settlement in principle and request sixty (60) days to prepare a Consent Decree and accompanying documents for the Court's approval. As such, the State and Trabue Dublin will file the Consent Decree and accompanying documents on or before March 30, 2021.

As this Court is aware, the Estate of Donald Dick previously settled its liability through a Consent Decree approved by this Court on February 27, 2019. Additionally, there have been no communications with the Breen Defendants.

The State would respectfully request that the Court issue its decision on the March 11, 2019 trial *after* the Consent Decree between the State and Trabue Dublin is filed.

Respectfully submitted,

| | |
|---|---|
| s/ Karrie P. Kunkel | s/ Michael J. O'Callaghan |
| Karrie P. Kunkel (0089755) *Trial Attorney* | Michael J. O'Callaghan |
| Janean R. Weber (0083960) *Co-Counsel* | Shumaker Loop & Kendrick., LLP |
| Assistant Attorneys General | 41 S. High Street, Suite 2400 |
| Environmental Enforcement Section | Columbus, Ohio 43215-6104 |
| 30 East Broad Street, 25th Floor | mocallaghan@shumaker.com |
| Columbus, Ohio 43215 | daxelrod@shumaker.com |
| Phone: (614) 466-2766 | mmiller@shumaker.com |
| Fax: (614) 644-1926 | *Counsel for Trabue Dublin, LLC* |
| Karrie.Kunkel@OhioAttorneyGeneral.gov | |
| Janean.Weber@OhioAttorneyGeneral.gov | |
| *Counsel for Plaintiff State of Ohio* | |