**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STATE OF OHIO, ex rel. | : | CASE NO. 2:16-cv-00802 |
| DAVE YOST | : | |
| OHIO ATTORNEY GENERAL | : | JUDGE SARGUS |
| | : | |
| Plaintiff, | : | MAGISTRATE JUDGE JOLSON |
| | : | |
| v. | : | |
| | : | |
| JOHN G. BREEN, *et al.* | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF WITHDRAWAL OF CO-COUNSEL

Please take notice that Janean R. Weber hereby withdraws as co-counsel on behalf of the Plaintiff, State of Ohio. Assistant Attorney General Karrie P. Kunkel will remain the trial attorney for the State of Ohio in this case.

    Respectfully submitted,

    DAVE YOST
    Ohio Attorney General


    s/ Karrie P. Kunkel
    Karrie P. Kunkel (0089755) *Trial Attorney*
    Assistant Attorney General
    Environmental Enforcement Section
    30 East Broad Street, 25th Floor
    Columbus, Ohio 43215
    Phone: (614) 466-2766
    Fax: (614) 644-1926
    Karrie.Kunkel@OhioAGO.gov
    *Counsel for Plaintiff State of Ohio*

    s/ Janean R. Weber
    Janean R. Weber (0083960)

## CERTIFICATE OF SERVICE

This certifies that on December 17, 2021, I served Plaintiff State of Ohio's Notice of Withdrawal of Co-Counsel by filing through the Court's CM/ECF system, which electronically notified:

John E. Breen
Breen Law
7761 Chetwood Close, Suite 100
New Albany, Ohio 43054
jbbreenlaw@aol.com
*Counsel for Defendants John G. Breen,
Janice Breen, and John E. Breen*

Michael J. O'Callaghan
Shumaker Loop & Kendrick., LLP
41 S. High Street, Suite 2400
Columbus, Ohio 43215-6104
mocallaghan@shumaker.com
*Counsel for Trabue Dublin, LLC*

James M. Schottenstein
Schottenstein Legal Services Co., LPA
492 S. High Street, Suite 200
Columbus, Ohio 43215
jim@schottensteinlaw.com
*Counsel for SRDH, LLC*

                                                      s/ Karrie P. Kunkel
                                                      Karrie P. Kunkel (0089755) *Trial Attorney*
                                                      Assistant Attorney General