IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF OHIO, ex rel.<br>DAVE YOST<br>OHIO ATTORNEY GENERAL<br><br>Plaintiff,<br><br>v.<br><br>JOHN G. BREEN, *et al.*<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO. 2:16-cv-00802<br><br>JUDGE SARGUS<br><br>MAGISTRATE JUDGE JOLSON |

## NOTICE OF APPEARANCE OF CO-COUNSEL

Please take notice that Assistant Attorney General Mark J. Navarre hereby enters an appearance in this action as co-counsel on behalf of the Plaintiff, State of Ohio. Mark J. Navarre is admitted to practice in this Court.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

s/ Mark J. Navarre
Mark J. Navarre (0013674) *Co-Counsel*
Karrie P. Kunkel (0089755) *Trial Attorney*
Assistant Attorney General
Environmental Enforcement Section
30 East Broad Street, 25th Floor
Columbus, Ohio 43215
Phone: (614) 466-2766
Fax: (614) 644-1926
Mark.Navarre@OhioAGO.gov
Karrie.Kunkel@OhioAGO.gov
*Counsel for Plaintiff State of Ohio*

## CERTIFICATE OF SERVICE

This certifies that on December 29, 2021, I served Plaintiff State of Ohio's Notice of Appearance of Co-Counsel by filing through the Court's CM/ECF system, which electronically notified:

John E. Breen
Breen Law
7761 Chetwood Close, Suite 100
New Albany, Ohio 43054
jbbreenlaw@aol.com
*Counsel for Defendants John G. Breen,
Janice Breen, and John E. Breen*

Michael J. O'Callaghan
Shumaker Loop & Kendrick., LLP
41 S. High Street, Suite 2400
Columbus, Ohio 43215-6104
mocallaghan@shumaker.com
*Counsel for Trabue Dublin, LLC*

James M. Schottenstein
Schottenstein Legal Services Co., LPA
492 S. High Street, Suite 200
Columbus, Ohio 43215
jim@schottensteinlaw.com
*Counsel for SRDH, LLC*

                                                s/ Mark J. Navarre
                                                Mark J. Navarre (0013674) *Co-Counsel*
                                                Karrie P. Kunkel (0089755) *Trial Attorney*
                                                Assistant Attorneys General